NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-462 and 06-489

SHAUNN CAILLIER McCORVEY
VERSUS
DERRIEL C. McCORVEY

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-2619-D
HONORABLE DONALD A. HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Michael G. Sullivan
Judges.

APPEAL DISMISSED.

Alex L. Andrus, III
Guglielmo, Lopez, Tuttle
Post Office Drawer 1329
Opelousas, LA 70571-1329
(337) 948-8201
Counsel for Plaintiff/Appellee:
        Shaunn Caillier McCorvey

Derriel Carlton McCorvey
Attorney at Law
Post Office Box 2473
Lafayette, LA 70502
(337) 291-2431
Counsel for Defendant/Appellant:
        Derriel Carlton McCorvey